Joseph Fryberger *vs.* Elizabeth B. Carney and Husband.

June 16, 1879.

**Verdict uncertain in Amount.**—In an action against two for services rendered, one defendant denied the rendition of the services. The other admitted that they were rendered for him alone; alleged an accounting between him and plaintiff, and that he gave, and plaintiff accepted, his note, describing it, for the amount found due. The jury returned a verdict: " We, the jury, find in favor of the plaintiff and against John Carney and E. B. Carney, for the amount set forth in the note, with interest to date, and said note to be cancelled." *Held*, that the verdict is void for uncertainty as to the amount.

Appeal by defendants from a judgment of the district court for Meeker county, *Brown, J.*, presiding, affirming the judgment of a justice's court, from which the defendants had appealed on questions of law alone.

*Strobeck & Plumley*, for appellants.

*Campbell & Spooner*, for respondent

Gilfillan, C. J. · Action tried before a justice to recover for services alleged to have been rendered to both defendants. The answer of one defendant denies that the services were rendered for her. The answer of the other admits services rendered for him; alleges a settlement therefor between him and plaintiff, in which a specified amount was found due the plaintiff, and that he gave plaintiff his note, describing it, for the amount, which was given and received in full payment for the services. A jury trial was had, and the jury returned this verdict : "We, the jury, find in favor of plaintiff, and against John Carney and E. B. Carney, for the amount set forth in the note, with interest to date, and said note to be cancelled." Whereupon the justice entered judgment for plaintiff, for an amount probably reached by computing the amount due by the note alleged in one of the answers.

The verdict is bad, for uncertainty. A money verdict, if it do not state the precise amount, should be such that the

court may, by computation, and without resorting to anything but the verdict itself, fix the amount. Verdicts have been sustained where, for the amount, they referred to the amount claimed in the complaint. Because the amount so claimed is on the record as the subject of the controversy, such a verdict may, perhaps, be considered as having sufficient elements of certainty; but it would be dangerous to go further.

Judgment reversed.